| | |
|---|---|
| **From:** | Bert Szostak <bertstak@gmail.com> |
| **Sent:** | Friday, February 11, 2022 9:34 AM |
| **To:** | FLSB EMERGENCY FILINGS |
| **Subject:** | Robert Szostak Chapter 7 Filing forms |
| **Attachments:** | Robert Szostak  BK signed 2112022.pdf; Robert Szostak DK -form 2112022.pdf; Robert Szostak DL.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

Good Morning,

My name is Robert W Szostak and being Pro Se am filing for Chapter 7 on this date February 11,2022.

Please see attached all necessary documents.

You can contact me at the below address or cell number.

Thank you,


/s/ Robert W. Szostak

3191 S. Dixie Hwy, Apt. # 515

W. Palm Beach, FL 33405

Phone: (609) 731-1474

Email: bertstak@gmail.com

Disclaimer:
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.