CGFI2 (11/10/20)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 22–11098–MAM**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Robert W. Szostak
aka Bert Szostak
3191 S Dixie Hwy
Apt 515
West Palm Beach, FL 33405
SSN: xxx–xx–3597

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **February 11, 2022**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Original Signature Requirement** Debtor must file original petition or other original document(s) containing the original wet signature of the debtor within 14 days from electronic transmission. See Administrative Order 2020–07.
**Deadline to correct deficiency: 2/25/22**

**Filing Fee** Debtor must remit filing fee or initial installment payment in the amount of $338.00 payable to Clerk, U.S. Court. Only certified check or money order (cash will not be accepted by mail). Case number must be included on the certified check or money order. Filer should include a self–addressed stamped envelope if a receipt is requested. See Administrative Order 2020–07.
**Deadline to correct deficiency: 2/25/22**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(F). Payment advices are deficient as indicated: **Not filed.**
**Deadline to correct deficiency: 2/25/22**

**Please also be advised of the following local requirement(s):**

**Correcting any deficiency related to filing of petitions, schedules, statements or lists.** The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:2/11/22**

**CLERK OF COURT**
By: Martha Ortman , Deputy Clerk

*Copies to:    Debtor*
          *Attorney for Debtor*