Form CGFD99  (6/10/2019)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22–11098–MAM

Chapter: 7

**In re:**

Robert W. Szostak
aka Bert Szostak
3191 S Dixie Hwy
Apt 515
West Palm Beach, FL 33405
SSN: xxx–xx–3597

## NOTICE OF PRO BONO RESOURCES
## AND PRO SE (SELF–REPRESENTED) CLINICS

The following resources are available if you wish to retain an attorney and are interested in learning about qualifications for receiving *pro bono* (free) or reduced fee legal representations.

- **The Florida Bar Referral Service**
  www.floridabar.org

- **The Bankruptcy Bar Pro Bono Resource Locator**
  http://www.floridalawhelp.org

- or the following non–profit organization(s) which provides free or reduced fee legal representation to qualified people in your area:

Dade Legal Aid/Put Something Back
123 N.W. First Avenue
Miami, Florida 33128
Telephone: (305) 579–5733
Fax: (305) 372–7693
http://www.dadelegalaid.org
http://www.dadecountyprobono.org

Legal Aid Society of Palm Beach County
423 Fern Street, #200
West Palm Beach, FL 33401
Telephone: (561) 655–8944
Telephone: (800) 403–9353
Fax: (561) 655–5269
http://www.legalaidpbc.org

Florida Rural Legal Services, Inc.
1321 E. Memorial Blvd.
Lakeland, FL 33801
Telephone: (863) 688–7376
http://www.frls.org
  **or**
121 N. 2nd Street, 4th Floor
Fort Pierce, FL 34950
Telephone: (772) 466–4766
http://www.frls.org

Legal Services of Greater Miami, Inc.
4343 W Flagler Street, Suite 100
Miami, FL 33134
Telephone: (305) 576–0080
http://legalservicesmiami.org

Legal Aid Service of Broward County, Inc.
491 N. State Road 7
Plantation, Florida 33317
Telephone: (954) 765–8950
http://www.legalaid.org
Broward County residents only where filing will save the home.

Coast to Coast Legal Aid of South Florida, Inc.
491 N. State Road 7, Second Floor
Plantation, Florida 33317
Telephone: (954) 765–8955
http://coasttocoastlegalaid.org
Broward County residents 60+ where filing will save the home.

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by them.**

Employees of the United States Bankruptcy Court are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at www.flsb.uscourts.gov.

**Clinics for self–represented debtors are conducted regularly. See the Court's website for the date and location of a clinic near you.**

Dated: **2/11/22**

FOR THE COURT:

Joseph Falzone, Clerk of Court
United States Bankruptcy Court
Southern District of Florida
C. Clyde Atkins U.S. Courthouse
301 North Miami Avenue, Ste. 150
Miami, Florida 33128

The clerk shall serve this notice on the Debtor(s).