United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 22-11098-MAM

Robert W. Szostak                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: CGFD99 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert W. Szostak, 3191 S Dixie Hwy, Apt 515, West Palm Beach, FL 33405-1596 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022                Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert C Furr | danderson@furrcohen.com  rcf@trustesolutions.net |

TOTAL: 2

Form CGFD99  (6/10/2019)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 22−11098−MAM**

**Chapter: 7**

**In re:**

Robert W. Szostak
aka Bert Szostak
3191 S Dixie Hwy
Apt 515
West Palm Beach, FL 33405
SSN: xxx−xx−3597

## NOTICE OF PRO BONO RESOURCES
## AND PRO SE (SELF−REPRESENTED) CLINICS

The following resources are available if you wish to retain an attorney and are interested in learning about qualifications for receiving *pro bono* (free) or reduced fee legal representations.

- **The Florida Bar Referral Service**
  www.floridabar.org

- **The Bankruptcy Bar Pro Bono Resource Locator**
  http://www.floridalawhelp.org

- or the following non−profit organization(s) which provides free or reduced fee legal representation to qualified people in your area:

| Dade Legal Aid/Put Something Back | Legal Aid Society of Palm Beach County | Florida Rural Legal Services, Inc. |
|---|---|---|
| 123 N.W. First Avenue | 423 Fern Street, #200 | 1321 E. Memorial Blvd. |
| Miami, Florida 33128 | West Palm Beach, FL 33401 | Lakeland, FL 33801 |
| Telephone: (305) 579−5733 | Telephone: (561) 655−8944 | Telephone: (863) 688−7376 |
| Fax: (305) 372−7693 | Telephone: (800) 403−9353 | http://www.frls.org |
| http://www.dadelegalaid.org | Fax: (561) 655−5269 | **or** |
| http://www.dadecountyprobono.org | http://www.legalaidpbc.org | 121 N. 2nd Street, 4th Floor |
| | | Fort Pierce, FL 34950 |
| | | Telephone: (772) 466−4766 |
| | | http://www.frls.org |

| Legal Services of Greater Miami, Inc. | Legal Aid Service of Broward County, Inc. | Coast to Coast Legal Aid of South Florida, Inc. |
|---|---|---|
| 4343 W Flagler Street, Suite 100 | 491 N. State Road 7 | 491 N. State Road 7, Second Floor |
| Miami, FL 33134 | Plantation, Florida 33317 | Plantation, Florida 33317 |
| Telephone: (305) 576−0080 | Telephone: (954) 765−8950 | Telephone: (954) 765−8955 |
| http://legalservicesmiami.org | http://www.legalaid.org | http://coasttocoastlegalaid.org |
| | Broward County residents only where filing will save the home. | Broward County residents 60+ where filing will save the home. |

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by them.**

Employees of the United States Bankruptcy Court are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at www.flsb.uscourts.gov.

**Clinics for self−represented debtors are conducted regularly. See the Court's website for the date and location of a clinic near you.**

**Dated: 2/11/22**

**FOR THE COURT:**

Joseph Falzone, Clerk of Court
United States Bankruptcy Court
Southern District of Florida
C. Clyde Atkins U.S. Courthouse
301 North Miami Avenue, Ste. 150
Miami, Florida 33128

The clerk shall serve this notice on the Debtor(s).