United States Bankruptcy Court

Southern District of Florida

In re: Case No. 22-11098-MAM

Robert W. Szostak Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-9 User: ortmanm Page 1 of 2
Date Rcvd: Mar 07, 2022 Form ID: CGFD15 Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert W. Szostak, 3191 S Dixie Hwy, Apt 515, West Palm Beach, FL 33405-1596 |
| intp | + | MicroBilt Corporation, c/o Alexis A. Leventhal, Esq, 225 Fifth Ave, Ste 1299, Pittsburgh, PA 15222-2724 |
| intp | + | Princeton Alternative Funding, LLC, c/o Alexis A. Leventhal, Esq., 225 Fifth Ave, Ste 1299, Pittsburgh, PA 15222-2724 |
| 96491491 | + | Casa Mara, 3111 South Dixie Highway, W. Palm Beach, FL 33405-1557 |
| 96491486 | | Credit One Bank, PO Box 09975, Las Vegas, NV 89193 |
| 96491479 | + | Integrated Dermatology of W. Palm Beach, 4700 Exchange Ct., Suite 110, Boca Raton, FL 33431-4450 |
| 96491490 | + | Princeton Alternative Funding LLC, 100 Canal Point Blvd, Suite 208, Princeton, NJ 08540-7169 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FRCFURR.COM | Mar 08 2022 03:08:00 | Robert C Furr, www.furrtrustee.com, 2255 Glades Road Ste 419A, Boca Raton, FL 33431-7379 |
| smg | | EDI: FLDEPREV.COM | Mar 08 2022 03:08:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Mar 07 2022 22:11:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | | EDI: RECOVERYCORP.COM | Mar 08 2022 03:08:00 | Orion, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96491480 | + | Email/PDF: bncnotices@becket-lee.com | Mar 07 2022 22:10:23 | American Express, PO Box 297871, Ft. Lauderdale, Fl 33329-7871 |
| 96491481 | + | EDI: BANKAMER.COM | Mar 08 2022 03:08:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 96491483 | + | EDI: TSYS2 | Mar 08 2022 03:08:00 | Barclay's Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 96491482 | + | EDI: CAPITALONE.COM | Mar 08 2022 03:08:00 | Capital One Bank, PO Box 31293, Salt lake City, UT 84131-0293 |
| 96491484 | + | EDI: CITICORP.COM | Mar 08 2022 03:08:00 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 96491485 | + | EDI: WFNNB.COM | Mar 08 2022 03:08:00 | Comenity, PO Box 182789, Columbus, OH 43218-2789 |
| 96491487 | + | EDI: HFC.COM | Mar 08 2022 03:08:00 | HSBC Bank, 95 Washington St., Buffalo, NY 14203-3006 |
| 96491489 | + | Email/Text: philip_burgess@microbilt.com | Mar 07 2022 22:12:00 | Microbilt Corp., c/o Philip Burgess, 100 Canal Point Blvd, Suite 208, Princeton, NJ 08540-7169 |
| 96491488 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 07 2022 22:11:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 96491492 | + | EDI: TFSR.COM | Mar 08 2022 03:08:00 | Toyota Motor Credit, PO BOX 9786, Cedar |

| | | |
|---|---|---|
| District/off: 113C-9 | User: ortmanm | Page 2 of 2 |
| Date Rcvd: Mar 07, 2022 | Form ID: CGFD15 | Total Noticed: 21 |

Rapids, IA 52409-0004

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexis A Leventhal | on behalf of Interested Party MicroBilt Corporation aleventhal@reedsmith.com  slucas@reedsmith.com |
| Alexis A Leventhal | on behalf of Interested Party Princeton Alternative Funding  LLC aleventhal@reedsmith.com, slucas@reedsmith.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert C Furr | danderson@furrcohen.com  rcf@trustesolutions.net |

TOTAL: 4

CGFD15 (4/23/16)



**ORDERED in the Southern District of Florida on March 7, 2022**



**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22–11098–MAM

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Robert W. Szostak
aka Bert Szostak

3191 S Dixie Hwy
Apt 515
West Palm Beach, FL 33405

SSN: xxx–xx–3597

## ORDER DISMISSING CASE

At the time of filing of the above referenced case on **February 11, 2022**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required **2/25/2022** deadline:

    Debtor's Payment Advices

Because the debtor has failed to meet the deadline(s) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed.

2. All pending motions are denied as moot.

3. (If applicable) the trustee shall file a final report within 14 days of entry of this order.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building,

1515 N Flagler Dr, Room 801, West Palm Beach FL 33401, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

*# # #*

The clerk shall serve a copy of this order on all parties of record.