**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                  Case No. 22-11098-MAM
                                                                                        Chapter 7
ROBERT W SZOSTAK

_____Debtor_____/

FILED-USBC, FLS-WPB
'22 MAR 10 AM9:36

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

_____ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

**X** Copies of all payment advices **are not** attached because the debtor:
\_\_ receives disability payments
\_\_ is unemployed and does not receive unemployment compensation
\_\_ receives Social Security payments
\_\_ receives a pension
\_\_ does not work outside the home
**X** is self employed and does not receive payment advices (PLEASE SEE ATTACHED CHECKS)

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

_____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of payment advices **are not** attached because the joint debtor:
    ____receives disability payments
    ____is unemployed and does not receive unemployment compensation
    ____receives Social Security payments
    ____receives a pension
    ____does not work outside the home
    ____is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

_[signature]_              Date: 3/9/2022
Signature of Attorney or Debtor

_____      Date:_____
Signature of Joint Debtor, if applicable

LF-10 (rev. 12/01/09)        Page 2 of 2

**PNC** Online Banking

| Date | Description | Amount | Account |
|---|---|---|---|
| 01/11/2022 | Check 1131 | $1,500.00 | XXXXXX6652 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 7 a.m. - 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

---

**PC SOCIAL LLC**
2 CARNEGIE RD
LAWRENCEVILLE, NJ 08648-3302

1131

DATE 1/11/2022

PAY TO THE ORDER OF Robert Szostak    $ 1,500 00/100

One Thousand Five Hundred and 00/100 DOLLARS

**PNC BANK**

⑇0001131⑇ ⑇031207607⑇ 011298952⑇

FOR MOBILE DEPOSIT ONLY
PNC BANK
Robert Szostak

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

PNC Online Banking

**PNC** Online Banking

| Date | Description | Amount | Account |
|---|---|---|---|
| 12/02/2021 | Check 1074 | $2,000.00 | XXXXXX6652 |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 7 a.m. - 10 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

PG SOCIAL LLC
2 GRANGER RD
LAWRENCEVILLE NJ 08648-3322

DATE Dec 2, 2021

PAY TO THE ORDER OF  Robert Szostak    $ 2,000 00/100

Two Thousand and 00/100 DOLLARS

**PNCBANK**
PGB/AK 69

FOR Book Smith

⑈001074⑈ ⑆031207670⑆ 811589652⑈

Robert Szostak
FOR MOBILE DEPOSIT ONLY
PNC BANK

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

3/8/22, 3:19 PM

Case-22-11098-MAM