

**ORDERED in the Southern District of Florida on March 14, 2022.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                                    Case No.: 22-11098-MAM

Robert W. Szostak,                             Chapter 7

      Debtor.
_____/

### <u>ORDER GRANTING DEBTOR'S MOTION TO REINSTATE</u><br><u>CASE (ECF NO. 23)</u>

**THIS MATTER** came before the Court upon the above-captioned *pro se* debtor's ("Debtor") letter construed as a *Motion to Reinstate Chapter 7 Case* (ECF No. 23) (the "Motion"). The Court, having considered Debtor's Motion and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

      1.    The Motion is **GRANTED,** and the above referenced Chapter 7 case is

**REINSTATED**.

3.      The Clerk of Court is directed to reset the § 341 meeting of creditors.

4.      <u>If Debtor fails to appear at the re-scheduled § 341 meeting of creditors, Debtor's case will be dismissed without further notice or hearing</u>.

5.      The Court is unable to appoint an attorney to represent Debtor in this case. If Debtor cannot afford to retain an attorney, Debtor may contact Steven S. Newburgh, Esq. at 561-659-4020—or any other individual or entity listed in the Clerk's *Notice of Pro Bono Resources* (ECF No. 9)—to inquire into the possibility of obtaining pro bono representation.

###

Copies furnished to:

**Robert W. Szostak**
3191 S Dixie Hwy
Apt 515
West Palm Beach, FL 33405

Robert C. Furr, Trustee

AUST

All other interested parties by the Clerk of Court.