United States Bankruptcy Court
Southern District of Florida

In re:  
Robert W. Szostak  
    Debtor

Case No. 22-11098-MAM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: adaml      Page 1 of 2  
Date Rcvd: Mar 14, 2022      Form ID: pdf004      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert W. Szostak, 3191 S Dixie Hwy, Apt 515, West Palm Beach, FL 33405-1596 |
| intp | + | MicroBilt Corporation, c/o Alexis A. Leventhal, Esq, 225 Fifth Ave, Ste 1299, Pittsburgh, PA 15222-2724 |
| intp | + | Princeton Alternative Funding, LLC, c/o Alexis A. Leventhal, Esq., 225 Fifth Ave, Ste 1299, Pittsburgh, PA 15222-2724 |
| 96491481 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 96491491 | + | Casa Mara, 3111 South Dixie Highway, W. Palm Beach, FL 33405-1557 |
| 96491486 | | Credit One Bank, PO Box 09975, Las Vegas, NV 89193 |
| 96491479 | + | Integrated Dermatology of W. Palm Beach, 4700 Exchange Ct., Suite 110, Boca Raton, FL 33431-4450 |
| 96491490 | + | Princeton Alternative Funding LLC, 100 Canal Point Blvd, Suite 208, Princeton, NJ 08540-7169 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 14 2022 22:41:15 | Orion, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96491480 | + | Email/PDF: bncnotices@becket-lee.com | Mar 14 2022 22:41:32 | American Express, PO Box 297871, Ft. Lauderdale, Fl 33329-7871 |
| 96491483 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 14 2022 22:30:00 | Barclay's Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 96491482 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2022 22:40:56 | Capital One Bank, PO Box 31293, Salt lake City, UT 84131-0293 |
| 96491484 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2022 22:41:02 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 96491485 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 14 2022 22:30:00 | Comenity, PO Box 182789, Columbus, OH 43218-2789 |
| 96491487 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 14 2022 22:29:00 | HSBC Bank, 95 Washington St., Buffalo, NY 14203-3006 |
| 96491489 | + | Email/Text: philip_burgess@microbilt.com | Mar 14 2022 22:31:00 | Microbilt Corp., c/o Philip Burgess, 100 Canal Point Blvd, Suite 208, Princeton, NJ 08540-7169 |
| 96491488 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 14 2022 22:30:00 | PNC Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 96491492 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 14 2022 22:30:00 | Toyota Motor Credit, PO BOX 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 113C-9 | User: adaml | Page 2 of 2 |
| Date Rcvd: Mar 14, 2022 | Form ID: pdf004 | Total Noticed: 18 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2022          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexis A Leventhal | on behalf of Interested Party MicroBilt Corporation aleventhal@reedsmith.com  slucas@reedsmith.com |
| Alexis A Leventhal | on behalf of Interested Party Princeton Alternative Funding  LLC aleventhal@reedsmith.com, slucas@reedsmith.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert C Furr | danderson@furrcohen.com  rcf@trustesolutions.net |

TOTAL: 4



**ORDERED in the Southern District of Florida on March 14, 2022.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In re:                                                    Case No.: 22-11098-MAM

Robert W. Szostak,                               Chapter 7

       Debtor.
_____/

### ORDER GRANTING DEBTOR'S MOTION TO REINSTATE CASE (ECF NO. 23)

**THIS MATTER** came before the Court upon the above-captioned *pro se* debtor's ("Debtor") letter construed as a *Motion to Reinstate Chapter 7 Case* (ECF No. 23) (the "Motion"). The Court, having considered Debtor's Motion and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Motion is **GRANTED,** and the above referenced Chapter 7 case is

      **REINSTATED**.

3. The Clerk of Court is directed to reset the § 341 meeting of creditors.

4. <u>If Debtor fails to appear at the re-scheduled § 341 meeting of creditors, Debtor's case will be dismissed without further notice or hearing</u>.

5. The Court is unable to appoint an attorney to represent Debtor in this case. If Debtor cannot afford to retain an attorney, Debtor may contact Steven S. Newburgh, Esq. at 561-659-4020—or any other individual or entity listed in the Clerk's *Notice of Pro Bono Resources* (ECF No. 9)—to inquire into the possibility of obtaining pro bono representation.

                                    ###

Copies furnished to:

**Robert W. Szostak**
3191 S Dixie Hwy
Apt 515
West Palm Beach, FL 33405

Robert C. Furr, Trustee

AUST

All other interested parties by the Clerk of Court.