# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT W. SZOSTAK | Case No. 22-11098-MAM |
| Debtor. _____/ | |

## NOTICE TO WITHDRAW DOCUMENT [ECF NO. 33]

Creditors, *MicroBilt Corporation and Princeton Alternative Funding, LLC*, joined by the above-captioned Debtor, through their undersigned respective counsel, hereby give notice of the withdrawal of Court Document No. 33, the *Agreed Motion for Relief from the Automatic Stay*, filed on April 20, 2022.

Dated:  April 26, 2022

Respectfully submitted,

REED SMITH LLP

*/s/ Alexis A. Leventhal*
Alexis A. Leventhal (Fla. Bar No. 108064)
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email:  aleventhal@reedsmith.com

*Counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 26, 2022, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all parties on the attached mailing service list.

                                                      */s/ Alexis A. Leventhal*
                                                      Alexis A. Leventhal

**First Class U.S. Mailing List:**
Robert W. Szostak
3191 S Dixie Hwy, Apt 515
West Palm Beach, FL 33405-1596