**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT W. SZOSTAK | Case No. 22-11098-MAM |
| Debtor. _____/ | |

**NOTICE OF VIDEO CONFERENCE REGARDING 2004 EXAM [DOC. NO. 44]**

Pursuant to the *Notice of Rule 2004 Examination* [Doc. No. 44] filed by creditors, MicroBilt Corporation and Princeton Alternative (together, the "Creditors"), the Creditors hereby provide the following video conference details for 2004 Exam scheduled to take place on June 17, 2022, at 10:00 a.m. (prevailing Eastern Time):[1]

https://gravitystack.zoom.us/j/83431853462?pwd=M0J1RnVvNFBCNWJ6bkFXTWFsYjd4dz09

Meeting ID: 834 3185 3462, Passcode: 314770

Dated: June 10, 2022                Respectfully submitted,

                                              By:  */s/ Alexis Leventhal*
                                                  Alexis A. Leventhal (Fla. Bar No. 108064)
                                                  Reed Smith LLP
                                                  225 Fifth Avenue, Suite 1200
                                                  Pittsburgh, PA  15222
                                                  Telephone: (412) 288-3131
                                                  Facsimile: (412) 288-3063
                                                  Email:  aleventhal@reedsmith.com

---

[1] This date is subject to change pending ongoing discussions with Debtor's counsel.

- 2 -

*Counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2022, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all parties on the attached mailing service list.

*/s/ Alexis A. Leventhal*
Alexis A. Leventhal

**First Class U.S. Mailing List:**
Robert W. Szostak
3191 S Dixie Hwy, Apt 515
West Palm Beach, FL 33405-1596