**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT W. SZOSTAK | Case No. 22-11098-MAM |
| Debtor. | |
| _____/ | |

**UPDATED NOTICE OF VIDEO CONFERENCE REGARDING**
**2004 EXAM [DOC. NO. 44]**

Pursuant to the *Notice of Rule 2004 Examination* [Doc. No. 44] filed by creditors, MicroBilt Corporation and Princeton Alternative (together, the "Creditors"), the Creditors hereby provide the following video conference details for 2004 Exam scheduled to take place per the agreement of counsel for the parties on July 28, 2022, at 10:00 a.m. (prevailing Eastern Time):

https://proceedings.veritext.com/?token=51086e2dc80d27af5fd9c1c9b7428561

Dated: July 18, 2022

Respectfully submitted,

By: */s/ Alexis Leventhal*
Alexis A. Leventhal (Fla. Bar No. 108064)
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email:  aleventhal@reedsmith.com

*Counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC*

- 2 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 18, 2022, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all parties on the attached mailing service list.

                                                    */s/ Alexis A. Leventhal*
                                                   Alexis A. Leventhal

**First Class U.S. Mailing List:**
Robert W. Szostak
3191 S Dixie Hwy, Apt 515
West Palm Beach, FL 33405-1596