**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                               Chapter 7

ROBERT W. SZOSTAK                         Case No. 22-11098-MAM

                      Debtor.

_____/

**FIFTH AGREED *EX PARTE* MOTION TO EXTEND TIME TO OBJECT**
**TO DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523 AND**
**<u>TO DISCHARGE PURSUANT TO 11 U.S.C. § 727</u>**

         Creditors, MicroBilt Corporation and Princeton Alternative Funding, LLC

(together, the "Creditors"), through undersigned counsel, pursuant to 11 U.S.C. § 523 and 11

U.S.C. § 727, with the consent of the Debtor, respectfully requests entry of a fifth agreed *ex parte*

order permitting an additional thirty (30) days in which to object to dischargeability of debt

pursuant to 11 U.S.C. § 523 and/or for objection to discharge pursuant to 11 U.S.C. § 727,

Bankruptcy Rules 4004 and 4007, and Local Rule 9013-1(C)(1) and 9013-1(C)(6),  and in support

thereof, states:

         1.       The original deadline to commence an adversary proceeding to object to debtors'

discharge or the dischargeability of any debt was June 27, 2022, which was extended to July 27,

2022; again to August 31, 2022; again to September 30, 2022; and again to October 31, 2022,

pursuant to the Court's entry of Orders [ECF Nos. 48, 53, 56, and 63] granting the *Agreed Ex Parte*

*Motion to Extend Time to Object to Dischargeability of Debt Pursuant to 11 U.S.C. § 523 and to*

*Discharge Pursuant to 11 U.S.C. § 727* (the "<u>First Agreed Motion</u>") [ECF No. 47]; the *Second*

*Agreed Ex Parte Motion to Extend Time to Object to Dischargeability of Debt Pursuant to 11*

*U.S.C. § 523 and to Discharge Pursuant to 11 U.S.C. § 727* (the "<u>Second Agreed Motion</u>") [ECF

No. 51]; the *Third Agreed Ex Parte Motion to Extend Time to Object to Dischargeability of Debt Pursuant to 11 U.S.C. § 523 and to Discharge Pursuant to 11 U.S.C. § 727* (the "Third Agreed Motion") [ECF No. 55]; and the *Fourth Agreed Ex Parte Motion to Extend Time to Object to Dischargeability of Debt Pursuant to 11 U.S.C. § 523 and to Discharge Pursuant to 11 U.S.C. § 727* (the "Fourth Agreed Motion") [ECF No. 61], respectively.

2.    As explained in the First Agreed Motion, Second Agreed Motion, Third Agreed Motion, and Fourth Agreed Motion, Creditors filed a *Notice of Rule 2004 Examination* [ECF No. 44] (the "2004 Notice") seeking production of documents and examination of the Debtor, to which the Debtor raised informal objections and which objections have been resolved by the parties pursuant to an agreement limiting the scope of the examination given that "Creditors"/Interested Parties have been granted stay relief by agreement under the "Pending Proceedings" doctrine. Such agreement is reflected in an agreed motion for protective order limiting the scope of the Rule 2004 examination (the "Motion for Protective Order") [ECF No. 58].  The Motion for Protective Order was granted on September 12, 2022 (the "Protective Order") [Doc. No. 59].

3.    With the Protective Order now in place, the parties have been working to finalize an agreed timeline for completing the limited 2004 Exam and production of documents.   In consideration of the parties' further cooperate efforts, Debtor has agreed to the extension of the 523 and 727 deadlines as requested by the Creditors.

4.    Creditors, with the consent of the Debtor, respectfully request an extension of thirty (30) days, or until November 30, 2022, to object to the Debtor's discharge and/or to the dischargeability of any debt for the reasons enumerated above.

5.    The Debtor and his counsel have agreed to the requested relief pursuant to Local Rule 9013-1(C)(6).

6.      A proposed agreed *ex parte* order granting the relief requested is attached as required by Local Rule 5005-1(G)(1)(a).

WHEREFORE, Creditors respectfully request entry of an Agreed *Ex Parte* Order extending the deadlines for the filing of a complaint objecting to the dischargeability of certain debt pursuant to 11 U.S.C. § 523 and for filing a complaint objecting to debtor's discharge pursuant to 11 U.S.C. § 727, for an additional thirty (30) days, or until November 30, 2022, and for such other relief as this Court deems appropriate.

Dated:  October 25, 2022                              Respectfully submitted,

*/s/ Alexis A. Leventhal*
Alexis A. Leventhal (Fla. Bar No. 108064)
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email:  aleventhal@reedsmith.com

*Counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2022, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all parties on the attached mailing service list.

/s/ *Alexis A. Leventhal*
Alexis A. Leventhal

**First Class U.S. Mailing List:**
Robert W. Szostak
3191 S Dixie Hwy, Apt 515
West Palm Beach, FL 33405-1596

**EXHIBIT A**

**[PROPOSED ORDER]**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

                                                  Case No. 22-11098-MAM

ROBERT W. SZOSTAK,                  Chapter 7

                Debtor.

_____/

**FIFTH AGREED ORDER GRANTING CREDITOR MICROBILT CORPORATION**
**AND PRINCETON ALTERNATIVE FUNDING, LLC'S FIFTH AGREED *EX PARTE***
**MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBT**
**PURSUANT TO 11 U.S.C. § 523 AND TO DISCHARGE PURSUANT TO 11 U.S.C. § 727**
**[ECF NO.      ]**

      **THIS MATTER** came before the Court, *ex parte*, without a hearing, upon the *Fifth Agreed*

*Ex Parte Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. § 523 and*

*Discharge Pursuant to 11 U.S.C. § 727* [ECF No. __] (the "Motion") filed by Creditors  MicroBilt

Corporation and Princeton Alternative Funding, LLC (together, the "<u>Creditors</u>") and the Court, having considered the Motion, noting that the Debtor has agreed to the requested relief, it is hereby

**ORDERED:**

1.      The Motion is Granted.

2.      The time within which Creditors may file a complaint objecting the dischargeability of certain debt pursuant to 11 U.S.C. § 523, and/or for objecting to Debtors' discharge pursuant to 11 U.S.C. § 727, is hereby extended to November 30, 2022.

###

**Submitted by:**

Alexis A. Leventhal (Fla. Bar No. 108064)
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email:  aleventhal@reedsmith.com

*Attorney Leventhal is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*