

ORDERED in the Southern District of Florida on December 19, 2022.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

                                            Case No. 22-11098-MAM

ROBERT W. SZOSTAK,                 Chapter 7

            Debtor.
_____/

**SIXTH AGREED ORDER GRANTING CREDITOR MICROBILT CORPORATION
AND PRINCETON ALTERNATIVE FUNDING, LLC'S SIXTH AGREED *EX PARTE*
MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBT
PURSUANT TO 11 U.S.C. § 523 AND TO DISCHARGE PURSUANT TO 11 U.S.C. § 727
[ECF NO. 74]**

**THIS MATTER** came before the Court, *ex parte*, without a hearing, upon the *Sixth Agreed Ex Parte Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. § 523 and Discharge Pursuant to 11 U.S.C. § 727* [ECF No. 74] (the "Motion") filed by Creditors MicroBilt

- 2 -

Corporation and Princeton Alternative Funding, LLC (together, the "Creditors") and the Court, having considered the Motion, noting that the Debtor has agreed to the requested relief, it is hereby

**ORDERED:**

1. The Motion is Granted.

2. The time within which Creditors may file a complaint objecting the dischargeability of certain debt pursuant to 11 U.S.C. § 523, and/or for objecting to Debtors' discharge pursuant to 11 U.S.C. § 727, is hereby extended to February 6, 2023.

###

**Submitted by:**

Alexis A. Leventhal (Fla. Bar No. 108064)
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email:  aleventhal@reedsmith.com

*Attorney Leventhal is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*