

**ORDERED in the Southern District of Florida on February 6, 2023.**

*Mindy A. Mora*
_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

                        Case No. 22-11098-MAM

ROBERT W. SZOSTAK,                     Chapter 7

        Debtor.
_____/

**SEVENTH AGREED ORDER GRANTING CREDITOR MICROBILT CORPORATION AND PRINCETON ALTERNATIVE FUNDING, LLC'S SEVENTH AGREED *EX PARTE* MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523 AND TO DISCHARGE PURSUANT TO 11 U.S.C. § 727
[ECF NO. 81]**

      **THIS MATTER** came before the Court, *ex parte*, without a hearing, upon the *Seventh Agreed Ex Parte Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. § 523 and Discharge Pursuant to 11 U.S.C. § 727* [ECF No. 81] (the "Motion") filed by Creditors

MicroBilt Corporation and Princeton Alternative Funding, LLC (together, the "Creditors") and the Court, having considered the Motion, noting that the Debtor has agreed to the requested relief, it is hereby

**ORDERED:**

1. The Motion is Granted.

2. The time within which Creditors may file a complaint objecting the dischargeability of certain debt pursuant to 11 U.S.C. § 523, and/or for objecting to Debtors' discharge pursuant to 11 U.S.C. § 727, is hereby extended to March 8, 2023.

###

**Submitted by:**

Alexis A. Leventhal (Fla. Bar No. 108064)
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email:  aleventhal@reedsmith.com

*Attorney Leventhal is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*