UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT W. SZOSTAK | Case No. 22-11098-MAM |
| Debtor. | RE: Docket 44 |
| _____/ | |

### NOTICE OF RULE 2004 EXAMINATION

### (Refiled After Reinstatement – Agreed Upon Examination Date)

[x]     *Testimony:* Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, **MicroBilt Corporation and Princeton Alternative Funding, LLC** will examine **Robert Szostak, the Debtor** under oath on **February 9, 2023** at **10:00 a.m.**. The examination will be conducted **via video**, and will be recorded stenographically by a court reporter, who shall be available at the scheduled time and place, and further intends to use real-time transcription if available.   The examination may continue from day to day until completed.

[ ]     *Production:* N/A

   If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary. If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.

Dated:  February 8, 2023

                                        REED SMITH LLP
                                        */s/ Alexis A. Leventhal*
                                        Alexis A. Leventhal (Fla. Bar No. 108064)
                                        Reed Smith LLP
                                        225 Fifth Avenue, Suite 1200
                                        Pittsburgh, PA  15222
                                        Telephone: (412) 288-3131
                                        Facsimile: (412) 288-3063
                                        Email:  aleventhal@reedsmith.com
                                        *Counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC*

LF-14 (rev. 12/01/21)