**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 22-11098-MAM
CHAPTER 7

ROBERT W. SZOSTAK

      Debtor.

_____/

## NOTICE OF WITHDRAWAL OF DOCKET ENTRY 87

     Debtor, Robert W. Szostak, by and through undersigned counsel, hereby notifies the

Court of this Notice of Withdrawal of Docket Entry 87 (ECF 87), filed on March 20, 2023.

     I HEREBY CERTIFY that a copy of the foregoing was furnished electronically where

available or by regular mail to all parties listed on the attached list, this 21st day of

March, 2023.

     I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in   compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Debtor
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY:   */s/ Steven N. Newburgh*
    STEVEN N. NEWBURGH, ESQ.
    FL Bar No. 348619

SERVICE LIST:

To All Parties on the attached matrix

Label Matrix for local noticing
113C-9
Case 22-11098-MAM
Southern District of Florida
West Palm Beach
Tue Mar 21 11:27:56 EDT 2023

MicroBilt Corporation
c/o Alexis A. Leventhal, Esq
225 Fifth Ave, Ste 1299
Pittsburgh, PA 15222-2724

Orion
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Princeton Alternative Funding, LLC
c/o Alexis A. Leventhal, Esq.
225 Fifth Ave, Ste 1299
Pittsburgh, PA 15222-2724

American Express
PO Box 297871
Ft. Lauderdale, Fl 33329-7871

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Barclay's Bank
PO Box 8803
Wilmington, DE 19899-8803

Capital One Bank
PO Box 31293
Salt lake City, UT 84131-0293

Casa Mara
3111 South Dixie Highway
W. Palm Beach, FL 33405-1511

Citicards
PO Box 6241
Sioux Falls, SD 57117-6241

Comenity
PO Box 182789
Columbus, OH 43218-2789

Credit One Bank
PO Box 09975
Las Vegas, NV 89193

HSBC Bank
95 Washington St.
Buffalo,  NY 14203-3006

Integrated Dermatology of W. Palm Beach
4700 Exchange Ct., Suite 110
Boca Raton, FL 33431-4450

Microbilt Corp.
c/o Philip Burgess
100 Canal Point Blvd, Suite 208
Princeton, NJ 08540-7169

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Princeton Alternative Funding LLC
100 Canal Point Blvd, Suite 208
Princeton, NJ 08540-7169

Toyota Motor Credit
PO BOX 9786
Cedar Rapids, IA 52409-0004

Derek J Baker
c/o Reed Smith LLP
1717 Arch St #3100
Philadelphia, PA 19103-2762

Robert C Furr
www.furrtrustee.com
2255 Glades Road Ste 419A
Boca Raton, FL 33431-7379

Robert W. Szostak
3191 S Dixie Hwy
Apt 515
West Palm Beach, FL 33405-1596

Steven S Newburgh
1300 N. Federal Hwy Suite 203
Boca Raton, FL 33432-2848

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC Bank
1 Financial Pkwy
Kalamazoo, MI 49009

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients     22
Bypassed recipients      1
Total                   23