B2800 (Form 2800) (12/15)

# United States Bankruptcy Court
SOUTHERN District Of FLORIDA

In re ROBERT W. SZOSTAK
 Debtor

Case No. 22-11098-MAM

Chapter 7

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER
*[Must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services I have agreed to accept................ $ 2,900.00

   Prior to the filing of this statement I have received.......................... $ 2,900.00

   Balance Due................................................................................... $ -0-

2. I have prepared or caused to be prepared the following documents (itemize): Petition, Forms 121, 106, 107, 106Dec, 108, 122A-1, 122A-2, List of Creditors,
   and provided the following services (itemize): Creditor Matrix, Schedules A-I and related legal advice.

3. The source of the compensation paid to me was:
   (Debtor)        Other (specify)

4. The source of compensation to be paid to me is:
   Debtor          Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME                                    SOCIAL SECURITY NUMBER

_[signature]_                                                                   2/13/23
Signature                               Social Security number of bankruptcy    Date
DARREN M. BALDO, ESQ.                   petition preparer*
                                        4093 QUAKERBRIDGE RD.
Printed name and title, if any, of      Address
Bankruptcy Petition Preparer            PRINCETON JCT. NJ 08550

\* If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer. (Required by 11 U.S.C. § 110).

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*