UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-11098-MAM
CHAPTER 7

ROBERT W. SZOSTAK

    Debtor.

_____/

## NOTICE OF WITHDRAWAL OF DOCKET ENTRY 89

Debtor, Robert W. Szostak, by and through undersigned counsel, hereby notifies the Court of this Notice of Withdrawal of Docket Entry 89 (ECF 89), filed on March 21, 2023.

I HEREBY CERTIFY that a copy of the foregoing was furnished electronically where available or by regular mail to all parties listed on the attached list, this 22nd day of March, 2023.

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

                        RAPPAPORT OSBORNE & RAPPAPORT, PLLC
                        Attorneys for Debtor
                        Suite 203, Squires Building
                        1300 North Federal Highway
                        Boca Raton, Florida 33432
                        Telephone: (561) 368-2200

                        BY:   */s/ Steven S. Newburgh*
                              STEVEN S. NEWBURGH, ESQ.
                              FL Bar No. 348619

SERVICE LIST:

To All Parties on the attached matrix

```
Label Matrix for local noticing          MicroBilt Corporation                    Orion
113C-9                                   c/o Alexis A. Leventhal, Esq             PRA Receivables Management, LLC
Case 22-11098-MAM                        225 Fifth Ave, Ste 1299                  PO Box 41021
Southern District of Florida             Pittsburgh, PA 15222-2724                Norfolk, VA 23541-1021
West Palm Beach
Tue Mar 21 11:27:56 EDT 2023

Princeton Alternative Funding, LLC       American Express                         Bank of America
c/o Alexis A. Leventhal, Esq.            PO Box 297871                            PO Box 982238
225 Fifth Ave, Ste 1299                  Ft. Lauderdale, Fl 33329-7871            El Paso, TX 79998-2238
Pittsburgh, PA 15222-2724


Barclay's Bank                           Capital One Bank                         Casa Mara
PO Box 8803                              PO Box 31293                             3111 South Dixie Highway
Wilmington, DE 19899-8803                Salt lake City, UT 84131-0293            W. Palm Beach, FL 33405-1511


Citicards                                Comenity                                 Credit One Bank
PO Box 6241                              PO Box 182789                            PO Box 09975
Sioux Falls, SD 57117-6241               Columbus, OH 43218-2789                  Las Vegas, NV 89193


HSBC Bank                                Integrated Dermatology of W. Palm Beach  Microbilt Corp.
95 Washington St.                        4700 Exchange Ct., Suite 110             c/o Philip Burgess
Buffalo, NY 14203-3006                   Boca Raton, FL 33431-4450                100 Canal Point Blvd, Suite 208
                                                                                  Princeton, NJ 08540-7169


Office of the US Trustee                 (p)PNC BANK RETAIL LENDING               Princeton Alternative Funding LLC
51 S.W. 1st Ave.                         P O BOX 94982                            100 Canal Point Blvd, Suite 208
Suite 1204                               CLEVELAND OH 44101-4982                  Princeton, NJ 08540-7169
Miami, FL 33130-1614


Toyota Motor Credit                      Derek J Baker                            Robert C Furr
PO BOX 9786                              c/o Reed Smith LLP                       www.furrtrustee.com
Cedar Rapids, IA 52409-0004              1717 Arch St #3100                       2255 Glades Road Ste 419A
                                         Philadelphia, PA 19103-2762              Boca Raton, FL 33431-7379


Robert W. Szostak                        Steven S Newburgh
3191 S Dixie Hwy                         1300 N. Federal Hwy Suite 203
Apt 515                                  Boca Raton, FL 33432-2848
West Palm Beach, FL 33405-1596
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
PNC Bank
1 Financial Pkwy
Kalamazoo, MI 49009
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                    End of Label Matrix
                                      Mailable recipients    22
                                      Bypassed recipients     1
                                      Total                  23
```