# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT W. SZOSTAK | Case No. 22-11098-MAM |
| Debtor._____/ | |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

    Kindly withdraw the appearance of Derek J Baker (*admitted pro hac vice*) on behalf of Plaintiffs MicroBilt Corporation and Princeton Alternative Funding, LLC in the above-captioned bankruptcy case and all associated adversary proceedings.

                                            Respectfully submitted,

Dated:  February 19, 2025              REED SMITH LLP

                                            */s/ Alexis A. Leventhal*
                                            Alexis A. Leventhal (Fla. Bar No. 108064)
                                            Reed Smith LLP
                                            225 Fifth Avenue, Suite 1200
                                            Pittsburgh, PA  15222
                                            Telephone: (412) 288-3131
                                            Facsimile: (412) 288-3063
                                            Email:  aleventhal@reedsmith.com

                                            *Counsel for Plaintiffs MicroBilt Corporation and Princeton Alternative Funding, LLC*

-2-

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT W. SZOSTAK | Case No. 22-11098-MAM |
| Debtor._____/ | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below I caused a true and correct copy of the foregoing Withdrawal of Appearance to be filed electronically using this Court's CM/ECF system and that the same is available for viewing thereon.

                                                                                   */s/ Alexis A. Leventhal*
                                                                                   Alexis A. Leventhal

Dated: February 19, 2025