**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                                          Chapter 7

ROBERT W. SZOSTAK                                                      Case No. 22-11098-MAM

                              Debtor.
_____/

## MOTION TO APPEAR PRO HAC VICE

I, Alexis A. Leventhal ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Michael P. Cooley ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the Bar of the State of Texas, the Bar of the State of New York, the United States District Courts for the State of Texas, and the United States District Courts for the State of New York, and qualified to practice in this court, who proposes to act as counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC ("Clients") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Clients.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Clients, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case

identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Clients.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Clients in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Clients. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in this case noted above on behalf of the Clients and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Clients. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I willo continue to act as local counsel for the Clients in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Clients and indicating Movant as local counsel for the Clients, and for such other and further relief as may be just.

Dated**:** <u>June 12, 2025</u>             Respectfully submitted,

                                     By:  */s/ Alexis Leventhal*
                                          Alexis A. Leventhal (Fla. Bar No. 108064)
                                          Reed Smith LLP

- 3 -

225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: aleventhal@reedsmith.com

*Counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC*

- 3 -

## AFFIDAVIT OF PROPOSED VISITING ATTORNEY

I, Michael P. Cooley, am a member in good standing of the bar of the State of Texas. I am a member in good standing of the Bar of the State of Texas, the Bar of the State of New York, the bar of the United States District Courts for Texas, and the bar of the United States District Court for the Southern District of New York, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not concurrently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of MicroBilt Corporation and Princeton Alternative Funding, LLC ("Clients") and designate Alexis A. Leventhal ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Clients. I understand that Local Counsel if required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Clients, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: June 12, 2025

        Michael P. Cooley
        Reed Smith LLP
        2850 N. Harwood Street
        Suite 1500
        Dallas, TX 75201
        Telephone: 469 680 4200

- 5 -

        Facsimile:  469 680 4299
        Email:  mpcooley@reedsmith.com
        Texas Bar (Bar No. 24034388)
        New York Bar (Bar No. 3005717)

BY: /s/ Michael P. Cooley
    Signature of Michael P. Cooley
    Visiting Attorney