# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Chapter 7

ROBERT W. SZOSTAK                                               Case No. 22-11098

      Debtor.

_____/

## CERTIFICATE OF SERVICE
[re: ECF No. 102]

**I HEREBY CERTIFY** that a true and correct copy of the *Order Admitting Attorney Pro Hac Vice*, entered at ECF No. 102 on June 12, 2025 was served on June 12, 2025 by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and was served on June 17, 2025 by U.S. First Class Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system.

**Dated**: June 17, 2025                           Respectfully submitted,

                                          By: */s/ Alexis Leventhal*
                                              Alexis A. Leventhal (Fla. Bar No. 108064)
                                              Reed Smith LLP
                                              225 Fifth Avenue, Suite 1200
                                              Pittsburgh, PA  15222
                                              Telephone: (412) 288-3131
                                              Facsimile: (412) 288-3063
                                              Email:  aleventhal@reedsmith.com

                                              *Counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC*

## SERVICE LIST

**Mailing Information for Case 22-11098**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for

- **Alexis A. Leventhal**    aleventhal@reedsmith.com; slucas@reedsmith.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Steven S. Newburgh**  ssn@newburghlaw.net; cmecf@newburghlaw.net

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

## SEE ATTACHED MAILING MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-11098-MAM<br>Southern District of Florida<br>West Palm Beach<br>Fri Feb 3 16:47:25 EST 2023 | MicroBilt Corporation<br>c/o Alexis A. Leventhal, Esq<br>225 Fifth Ave, Ste 1299<br>Pittsburgh, PA 15222-2724 | Orion<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Princeton Alternative Funding, LLC<br>c/o Alexis A. Leventhal, Esq.<br>Reed Smith LLP<br>225 Fifth Ave, Ste 1299<br>Pittsburgh, PA 15222-2724 | American Express<br>PO Box 297871<br>Ft. Lauderdale, Fl 33329-7871 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 |
| Barclay's Bank<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Capital One Bank<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Casa Mara<br>3111 South Dixie Highway<br>W. Palm Beach, FL 33405-1511 |
| Citicards<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Comenity<br>PO Box 182789<br>Columbus, OH 43218-2789 | Credit One Bank<br>PO Box 09975<br>Las Vegas, NV 89193 |
| HSBC Bank<br>95 Washington St.<br>Buffalo, NY 14203-3006 | Integrated Dermatology of W. Palm Beach<br>4700 Exchange Ct., Suite 110<br>Boca Raton, FL 33431-4450 | Microbilt Corp.<br>c/o Philip Burgess<br>100 Canal Point Blvd, Suite 208<br>Princeton, NJ 08540-7169 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Princeton Alternative Funding LLC<br>100 Canal Point Blvd, Suite 208<br>Princeton, NJ 08540-7169 |
| Toyota Motor Credit<br>PO BOX 9786<br>Cedar Rapids, IA 52409-0004 | | Robert C Furr<br>www.furrtrustee.com<br>2255 Glades Road Ste 419A<br>Boca Raton, FL 33431-7379 |
| Robert W. Szostak<br>3191 S Dixie Hwy<br>Apt 515<br>West Palm Beach, FL 33405-1596 | Steven S Newburgh<br>1300 N. Federal Hwy Suite 203<br>Boca Raton, FL 33432-2848 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC Bank
1 Financial Pkwy
Kalamazoo, MI 49009

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                      End of Label Matrix
                                        Mailable recipients   21
                                        Bypassed recipients    1
                                        Total                 22
```