IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ROBERT W. SZOSTAK

       Debtor.
_____/

Chapter 7

Case No.: 22-11098

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

    Kindly withdraw the appearance of Alexis A. Leventhal on behalf of creditors MicroBilt Corporation, and Princeton Alternative Funding, LLC in the above-captioned bankruptcy case and all related adversary proceedings.

                               Respectfully submitted,

Dated: August 15, 2025                REED SMITH LLP

                               */s/ Alexis A. Leventhal*
                               Alexis A. Leventhal (Fla. Bar No. 108064)
                               Reed Smith LLP
                               225 Fifth Avenue, Suite 1200
                               Pittsburgh, PA  15222
                               Telephone: (412) 288-3131
                               Facsimile: (412) 288-3063
                               Email:  aleventhal@reedsmith.com

                               *Attorney for MicroBilt Corporation, and*
                               *Princeton Alternative Funding, LLC*

-2-

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:

ROBERT W. SZOSTAK

    Debtor.
_____/

Chapter 7

Case No.: 22-11098

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I caused a true and correct copy of the foregoing Withdrawal of Appearance to be filed electronically using this Court's CM/ECF system and that the same is available for viewing thereon.

                                                                       */s/ Alexis A. Leventhal*
                                                                       Alexis A. Leventhal

Dated: August 15, 2025