

**ORDERED in the Southern District of Florida on April 23, 2026.**

Mindy A. Mora, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                        Chapter 7

ROBERT W. SZOSTAK                                       Case No 22-11098-MAM
                        Debtor.

_____/

**ORDER GRANTING AGREED MOTION TO**
**CONTINUE  HEARING SCHEDULED FOR APRIL 28, 2026**

THIS MATTER came before the Court on the *Agreed Motion to Continue Hearing Scheduled for April 28, 2026* (ECF No. 111,  the "*Motion*") [2] requesting a continuance of the nonevidentiary hearing on the Debtor's *Motion for Estimation of Claim of Microbilt Corporation and Princeton Alternative Funding, LLC* (ECF No. 109, the "*§ 502(c) Motion*"), and the Court having considered the record and status of these cases, it is hereby

_____

[2] Capitalized terms not defined in this Order have the meaning given them in the Motion.

**ORDERED:**

1.      The Motion is GRANTED as set forth herein.

2.      The Court shall reschedule the hearing on Debtor's § 502(c) Motion for **May 27, 2026, at 10:00 a.m.  (ET)**. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.

3.      To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

4.      If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

5.      All participants must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.  This includes appropriate courtroom attire.

6.      All deadlines related to the § 502(c) Motion are continued in keeping with the above rescheduled hearing.

###

**Submitted by:**

Edward M. Mullins
Florida Bar No. 863920
200 South Biscayne Boulevard, Suite 2600
Southeast Financial Center
Miami, Florida 33131
Telephone: 786-747-0203
Email:  emullins@reedsmith.com

Steven S. Newburgh (Fla. Bar No. 0348619)
STEVE NEWBURGH, P.A.
884 NW 6th Drive
Boca Raton, FL 33486
Telephone: 917.579.6951
Email:  ssn@newburghlaw.net

*Attorney Mullins is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*