

**ORDERED in the Southern District of Florida on June 12, 2026.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

|  |  |
|---|---|
| In re: | Chapter 7 |
| ROBERT W. SZOSTAK | Case No. 22-11098-MAM |
| Debtor. | |

_____/

**ORDER DENYING DEBTOR'S MOTION FOR ESTIMATION OF CLAIMS OF**
**MICROBILT  CORPORATION AND PRINCETON ALTERNATIVE FUNDING, LLC**
(ECF No. 109)

This matter came before the Court for hearing on May 27, 2026 and June 9, 2026 (collectively, the "***Hearing***"), on the above-captioned debtor's *Motion for Estimation of Claim of Microbilt Corporation and Princeton Alternative Funding, LLC* (the "***Motion***") [ECF No. 109]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after consideration of the Motion, the response filed by Microbilt Corporation and Princeton Alternative Funding, LLC (ECF No. 115), the status

- 1 -

reports filed by the parties relating to certain litigation pending in New Jersey (ECF Nos. 119; Case No. 22-19693, ECF No. 62), and other portions of the record in this case; for the reasons stated on the record at the Hearing **IT IS ORDERED THAT**:

1.      The Motion is **denied**.

###

**Submitted by:**
Edward M. Mullins
Florida Bar No. 863920
200 South Biscayne Boulevard, Suite 2600
Southeast Financial Center
Miami, Florida 33131
Telephone: 786-747-0203
Email: emullins@reedsmith.com

*Attorney Mullins is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*